UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 10-20587-CR-GRAHAM

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JAVIER FERNANDEZ-BARRERO,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman, on February 22, 2012. A Report and Recommendation filed on June 1, 2012 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a _de novo_ review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Jonathan Goodman, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Superseding Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of June, 2012.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied:  Counsel of record
         Magistrate Judge Goodman